# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

_____

| | | |
|---|---|---|
| **INTERNET SALES SOLUTIONS, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | Case No. 06-2036 |
| | ) | |
| **DAVE ANDREWS, CORY JOHNSON,** | ) | |
| **PATRICK HOLT, and MIXITFORME.COM,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## OPINION

A Report and Recommendation (#10) was filed by the Magistrate Judge in the above cause on May 11, 2006. More than ten (10) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendation of the Magistrate Judge is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd., 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED:

(1) Defendants' Motion to Dismiss Count I of Plaintiff's Complaint and Motion for More Definite Statement as to Count I and Count II (#5) is DENIED.

(2) Defendants are allowed twenty-one (21) days to file an answer to Plaintiff's complaint.

(3) This case is referred to the Magistrate Judge for further proceedings.

ENTERED this 31st day of May, 2006

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE